# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN BRESLIN,<br><br>Defendant. | Criminal Case No. 17-80-JJM-PAS |

## MOTION TO DECREASE OFFENSE LEVEL
## FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America hereby moves to decrease the defendant's adjusted offense level by one level pursuant to United States Sentencing Guidelines, Section 3E1.1(b). As grounds, the government avers that the defendant timely notified the government of his intention to plead guilty and conserved government resources.

Respectfully submitted,

RICHARD B. MYRUS
Acting United States Attorney

/s/JOHN P. McADAMS
JOHN P. McADAMS
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

## CERTIFICATION

I hereby certify that I caused the within Government's Motion To Decrease Offense Level to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

/s/ John P. McAdams
John P. McAdams
Assistant U. S. Attorney
U. S. Attorney's Office